# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2022-1745
LT Case No. 2020-CF-000711-A
_____

LESHANTI ANDRE MARTIN,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____


3.850 Appeal from the Circuit Court for Marion County.
Anthony M. Tatti, Judge.

Leshanti Andre Martin, Century, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.


June 4, 2024


PER CURIAM.

AFFIRMED. *See Rosado v. State*, 927 So. 2d 979, 981 (Fla. 5th DCA 2006) (finding where "issues were factual and simple, [] there was no need to appoint an attorney").


MAKAR, EISNAUGLE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____